UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )          2:21-CR-27
                                     )
      vs.                            )
                                     )
SEAN CHRISTOPHER WILLIAMS,           )
                                     )
            Defendant.               )
                                     )

## ORDER

The United States has filed a Motion to Substitute Counsel [Doc. 5]. In its motion, the government moves to substitute Assistant United States Attorney Meghan L. Gomez as counsel and remove Assistant United States Attorney Kateri L. Dahl. The motion is **GRANTED**. The Clerk of Court is **DIRECTED** to remove Ms. Dahl and substitute Ms. Gomez as counsel of record in this case.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge