UNITED STATES OF AMERICA      )

)

v.           )      No.2:21-CR-27

)

SEAN WILLIAMS      )

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by the United States Attorney for the

Eastern District of Tennessee, respectfully shows:

I.

That SEAN WILLIAMS is now in the custody of the Sheriff of Jackson County at the

Jackson County Jail, Sylva, North Carolina, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant, SEAN WILLIAMS in this District, the

above-captioned case, which is set for an Initial Appearance on **May 9, 2023, at 10:45 a.m.**, or

for his case to be otherwise disposed of upon said indictment heretofore returned against him, in

the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee,

and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ

of habeas corpus ad prosequendum to the Sheriff of Jackson County commanding him to

produce the said SEAN WILLIAMS before this Court at the time and place aforesaid for the

purpose aforesaid, and that if the said Sheriff of Jackson County so elects, the United States

Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal

or Deputy United States Marshal be ordered and directed to receive said SEAN WILLIAMS into his custody and possession at the Jackson County Jail, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff of Jackson County at the Jackson County Jail, as aforesaid.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By:    s/ *Thomas McCauley*

Thomas McCauley
Assistant U.S. Attorney
TN Bar Number 035250
thomas.mccauley@usdoj.gov
220 West Depot Street, Ste. 423
Greeneville, TN  37743
423/639-6759

2