UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:21-CR-27** |
| v. | ) | |
| | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

In accordance with the requirements of the Due Process Protections Act, the Court reminds the United States of its obligation to produce all exculpatory evidence to Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge