UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 2:23-CR-00111-1-JRG-CRW |
| | ) | 2:21-CR-00027-1-JRG-CRW |
| SEAN CHRISTOPER WILLIAMS | ) | |

## <u>ORDER</u>

This matter is before the Court on Attorney Illa I. Berenshteyn's Motion to Declare Cases Unusually Complex and for Budget [Docs. 56 & 108]. To the extent Mr. Berenshteyn moves the Court to declare Case Number 2:23-CR-00111-1 unusually complex, his motion, for the reasons the Court stated on the record at today's hearing, is **DENIED with leave to renew** if circumstances change.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE