**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:21-CR-27 |
| | ) | JUDGE GREER |
| SEAN CHRISTOPHER WILLIAMS | ) | |

### MOTION FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through the United States Attorney

for the Eastern District of Tennessee and moves the Court to allow the United States' Motion to

Conduct Hearing Regarding Restraint of Defendant to be filed under seal in the above-referenced

matter.

                                        Respectfully submitted,


                                        FRANCIS M. HAMILTON III
                                        United States Attorney

                            By:     s/ *Meghan L. Gomez*
                                        MEGHAN L. GOMEZ
                                        Assistant United States Attorney
                                        FL BPR # 068858
                                        220 W. Depot Street, Suite 423
                                        Greeneville, Tennessee 37743
                                        (423) 639-6759
                                        meghan.gomez@usdoj.gov

                            By:     s/ *J. Gregory Bowman*
                                        J. Gregory Bowman
                                        TN BPR # 017896
                                        220 W. Depot Street, Suite 423
                                        Greeneville, Tennessee 37743
                                        (423) 639-6759
                                        greg.bowman@usdoj.gov