```
              IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

              CRIMINAL MINUTES:  JURY TRIAL - DAY 3

              USA vs SEAN CHRISTOPHER WILLIAMS

                       Date:     07/25/24

                       Case No.   CR-2-21-27

              Time   9:07 a.m.   To    12:30 p.m.
              Time   1:40 p.m.   To     4:35 p.m.
```

===========================================================================

          Honorable J. RONNIE GREER, U. S. District Judge, Presiding

 Kathy Hopson            Karen Bradley         Meghan Gomez/Greg Bowman
 Deputy Clerk            Court Reporter        Asst. U.S. Attorney
===========================================================================
       DEFENDANT(S)                         ATTORNEY FOR DEFENDANT
   SEAN CHRISTOPHER WILLIAMS            PRO SE (ILYA BERENSHTEYN - ELBOW)


Jurors Present 16

Motion for judgment of acquittal  -  Denied

Introduction of evidence for Defendant - Begun & Concluded

Motion for judgment of acquittal renewed  -  Denied


**Jury trial is continued until July 26, 2024 @ 8:45 a.m.**